# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **KEISA GARCIA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**CREDIT SERVICE OF LOGAN, INC.,**<br><br>Defendants. | **ORDER OF DISMISSAL**<br><br>**Case No.:** 1:18-cv-00067-DAK<br><br>**Judge: Dale A. Kimball** |

Pursuant to the parties' Stipulated Motion to Dismiss previously filed with the Court, and for good cause shown, Plaintiff Keisa Garcia's ("Garcia") individual claims that were raised in this action, or that could have or should have been raised, against Defendant Credit Service of Logan, Inc. ("Credit Service") are dismissed with prejudice, and that Garcia's claims on behalf of those similarly situated and/or the putative class's claims against Defendant Credit Service are dismissed without prejudice, with each party to bear their own attorney's fees and costs.

Dated January 24th, 2019

_____
Judge Dale A. Kimball